**2004–0120. In re La. B.**
Cuyahoga App. No. 81981, 2003-Ohio-6852. This cause is pending before the court as an appeal involving termination of parental rights/adoption. On January 20, 2004, when the appeal was filed, a check in the amount of $40.00 was submitted by counsel for appellant to satisfy the requirement of the docket fee imposed by R.C. 2503.17 and S.Ct.Prac.R. XV(1). This court has been informed by the Office of the Treasurer of the State of Ohio that the check was returned from National City Bank because of insufficient funds. On February 4, 2004, after the deadline for perfecting this appeal, the Clerk of this court received a second check in the amount of $40.00 from counsel for appellant as a second attempt to satisfy the requirement of the docket fee. Whereas R.C. 2503.17 and S.Ct.Prac.R. XV(1) require that the docket fee shall be paid before a notice of appeal is filed or a case is docketed,

IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED by the court that the second check received by the Clerk from counsel for appellant be returned to counsel with a copy of this order.

[Cite as *02/19/2004 Case Announcements,* 2004-Ohio-733.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 19, 2004*

## MOTION AND PROCEDURAL RULINGS

**2003–2161. State ex rel. Johns Manville Internatl., Inc. v. Indus. Comm.**
Franklin App. No. 02AP–957, 2003-Ohio-5808. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 25, 2004.

## MISCELLANEOUS DISMISSALS

**2004–0032. United States Small Business Administration, Receiver for Inter–Equity Partners, L.P. v. McDonald.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *02/20/2004 Case Announcements,* 2004-Ohio-754.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 20, 2004*

## MOTION AND PROCEDURAL RULINGS

**1990–1780. State ex rel. Internatl. Union of Operating Engineers v. Cleveland.**
Cuyahoga App. No. 57729. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion for leave to respond to appellee's reply brief,

IT IS ORDERED by the court that the motion for leave be, and hereby is, denied.